**STATE of Missouri, Respondent,**

v.

**Donald WHITE, Appellant.**

**No. ED 102288**

Missouri Court of Appeals, Eastern District, **DIVISION THREE.**

Filed: August 2, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied September 8, 2016

Application for Transfer Denied January 31, 2017

Kathryn B. Parish, Clayton, MO, for appellant.

Chris Koster, Atty. Gen., Richard A. Starnes, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

**ORDER**

PER CURIAM

Donald White appeals from the judgment entered upon a jury verdict finding him guilty of first-degree murder and armed criminal action. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We grant Mr. White's motion to sup-

plement the legal file, filed on September 18, 2015. We affirm. Rule 30.25(b).